IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00374-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUNAID QADIR,
        a/k/a "Junaid Qadir Moten,"
        a/k/a "Jimmy,"
        a/k/a "Brad Pitt,"
        a/k/a "usajason,"
        a/k/a "jason,"

    Defendant.
_____

**ORDER**
_____

    THIS MATTER comes before the Court on the Government's Motion to Disclose Grand

Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i) (Doc. #24).

    HAVING REVIEWED the Motion and being otherwise advised in the premises, the

Court finds that good and sufficient cause supports the same, and it is therefore

    ORDERED that the Government's Motion (Doc. #24) is granted, and that grand jury

testimony and grand jury exhibits and other materials may be disclosed to the Defendant and his

attorney in the course of discovery in this case.  It is further

    ORDERED that such materials shall only be used in defending this case; that such

materials are disclosed only to the Defendant and his attorney; that the Defendant's attorney

shall maintain custody of such materials, and shall not reproduce or disseminate the same; and

that such materials shall be returned to the United States at the end of the case.

DATED:  February 4, 2016

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge